IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE: *
\*
DIMAS A. SANCHEZ BORGES * CASE NO. 13-07003 MCF
ELBAMARIE VAZQUEZ MARTINEZ * CHAPTER 13
Debtor (s) *
*******************************************

NOTICE OF FILING AMENDED CHAPTER 13 PAYMENT PLAN

TO ALL CREDITORS AND PARTIES IN INTEREST:

Notice is hereby given that debtor (s) filed the attached amended chapter 13 plan dated January 8, 2014.

IN ACCORDANCE WITH FRBP 1017, FRBP 2002, AND FRBP 9013, AND LOCAL GENERAL ORDER NO. 97-01, THE DEBTORS, ALL CREDITORS AND PARTIES IN INTEREST IN THIS CASE, ARE HEREBY NOTIFIED THAT UNLESS AN OPPOSITION TO THIS MOTION IS SUBMITTED IN WRITING WITHIN 14 DAYS FROM THE DATE APPEARING IN THE CERTIFICATE OF SERVICE, INFRA, THE COURT MAY GRANT THIS MOTION, WITHOUT A HEARING.

/s/ Jacqueline E. Hernandez Santiago
JACQUELINE E. HERNANDEZ SANTIAGO
USDC-PR 203007
P. O. BOX 366431
SAN JUAN, PR 00936-6431
TELS. (787) 766-0570 /(787) 946-7522

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE: Dimas A. Sanchez Borges
Elbamarie Vazquez Martinez
DEBTOR(S)

BK. CASE # 13-07003 (MCF)

CHAPTER 13

*Amended*
**CHAPTER 13 PAYMENT PLAN**

NOTICE: • The following plan contains provisions which may significantly affect your rights. You should read this document carefully and discuss it with your attorney. When confirmed, the plan will bind the debtor and each creditor to its terms. Objections must be filed in writing with the Court and served upon the debtor(s), debtors' counsel, the Trustee and any other entity designated by the Court, at the 341 meeting of creditors or not less than twenty (20) days prior to the scheduled confirmation hearing. For post confirmation Plan Modifications, objections must be filed and notified in the same manner within twenty (20) days from its notification. • This plan does not allow claims. Any party entitled to receive disbursements form the Trustee must file a proof of claim. The Trustee will pay the allowed claims, as filed, provided for in the plan, unless disallowed or expressly modified by the Court and / or the terms of the plan. If no claim is filed, the Trustee will not pay a creditor provided for in the plan, unless ordered by the Court. If the Trustee is to make POST-PETITION REGULAR MONTHLY PAYMENTS to any Secured obligation, then a proof of claim must be filed including the following information: account number, address, due date and regular monthly payment. Secured creditor must notify any change in the monthly payment, three (3) months prior to the effective date of new payment. Those post-petition monthly payments will not exceed the life of the plan. • See the notice of commencement of case for 341 meeting date and claims bar date, the latter is the date by which a proof of claim must be filed in order to participate of the plan distribution.

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee:
   [✓] directly  [ ] by payroll deductions, as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.
3. The Confirmation Order will not vest property of the Estate on Debtor(s) until the Order discharging Debtor(s) is entered.

PLAN DATED: _____
[✓] PRE  [ ] POST-CONFIRMATION

[✓] AMENDED PLAN DATED: January 8/2014
FILED BY [✓] DEBTOR [ ] TRUSTEE [ ] UNSECURED CREDITOR

**I. PAYMENT PLAN SCHEDULE**

$ 500 x 60 = $ 30,000
$ ___ x ___ = $ 0
$ ___ x ___ = $ 0
$ ___ x ___ = $ 0
$ ___ x ___ = $ 0
TOTAL = 60  $ 30,000

Additional Payments:
$ ___ to be paid as a LUMP SUM within ___ with proceeds to come from

[ ] Sale of property identified as follows: _____

[ ] Other: _____

Periodic Payments to be made other than and in addition to the above.
$ ___ x ___ = $ 0
To be made on: _____

PROPOSED PLAN BASE: $ 30,000

**II. ATTORNEY'S FEES**
To be treated as a § 507 Priority, and paid before any other creditor and concurrently with the Trustee's fees, unless otherwise provided:

a. Rule 2016(b) Statement:         $ 3,000
b. Fees Paid (Pre-Petition):       ($ 0 )
c. R 2016 Outstanding balance: $ 3,000
d. Post Petition Additional Fees: $ 0
e. Total Compensation:             $ 3,000

Signed: _____
DEBTOR
Elbamarie Vazquez
JOINT DEBTOR

**III. DISBURSEMENT SCHEDULE SEQUENCE**

A. SECURED CLAIMS: [ ] Debtor represents that there are no secured claims.
[ ] Secured creditors will retain their liens and shall be paid asfollows:

[ ] ADEQUATE PROTECTION Payments: Cr. _____ $ _____

[✓] Trustee will pay secured ARREARS:
Cr.* Doral Bank   Cr. Brisas del Mar   Cr. _____
Acct. _____    Acct. Homeowner Assoc  Acct. _____
$ _____        $ (17-1)               $ _____

[ ] Trustee will pay REGULAR MONTHLY PAYMENTS:
(please refer to the above related notice, for important information about this provision)
Cr. _____        Cr. _____        Cr. _____
Acct. _____      Acct. _____      Acct. _____
Monthly Pymt.$ ___  Monthly Pymt.$ ___  Monthly Pymt.$ ___

[ ] Trustee will pay IN FULL Secured Claims:
Cr. _____  Cr. _____  Cr. _____
$ _____    $ _____    $ _____

[ ] Trustee will pay VALUE OF COLLATERAL:
Cr. _____  Cr. _____  Cr. _____
$ _____    $ _____    $ _____

[ ] Secured Creditor's interest will be insured. INSURANCE POLICY will be paid through plan:
Cr. _____ Ins. Co. _____ Premium: $ _____
(Please indicate in "Other Provisions" the insurance coverage period)

[✓] Debtors agrees to lift of stay in favor to BPPR Special Loans claim #12-1
[✓] Debtor will maintain REGULAR PAYMENTS DIRECTLY to:
* Doral Bank, Brisas del Mar Homeowner Assoc. and DSO recipients, Asume and Virgen Suarez

B. PRIORITIES. The Trustee will pay §507 priorities in accordance with the law [§1322 (a)(2)].
[✓] Asume _____

C. UNSECURED PREFERRED: Plan [ ] Classifies [✓] Does not Classify Claims.
[ ] Class A:  [ ] Co-debtor Claims: [ ] Pay 100% / [ ] Pay Ahead:
[ ] Class B:  [ ] Other Class: _____
[ ] Cr. _____  [ ] Cr. _____  [ ] Cr. _____
$ _____        $ _____        $ _____

D. GENERAL UNSECURED NOT PREFERRED: (Case Liquidation Value = $ _____ )
[ ] Will be paid 100% plus ___ % Legal Interest. [✓] Will be paid Pro-Rata from any remaining funds

OTHER PROVISIONS:
ANY POST-PETITION INCOME TAX REFUND THAT THE DEBTOR(S) RECEIVE DURING THE TERM OF THE PLAN WILL BE USED TO FUND THE PLAN. AFTER ITS CONFIRMATION, AND WITHOUT FURTHER NOTICE, HEARING OR COURT ORDER, THE PLAN SHALL BE DEEMED MODIFIED BY INCREMENT(S) TO ITS BASE, IN AN AMOUNT EQUAL TO THE AMOUNT OF EACH INCOME TAX REFUND.

ATTORNEY FOR DEBTOR   JACQUELINE E. HERNANDEZ SANTIAGO, ESQ.   Phone: (787) 751-1836

Page 1 of 2

*IN THE UNITED STATES BANKRUPTCY COURT*
*FOR THE DISTRICT OF PUERTO RICO*

```
IN RE:                              *
DIMAS A. SANCHEZ BORGES             *    CASE NO. 13-07003 MCF
ELBAMARIE VAZQUEZ MARTINEZ          *    CHAPTER 13
DEBTORS                             *
* * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

**AMENDED CHAPTER 13 PAYMENT PLAN DATED JANUARY 8, 2014**

**OTHER PROVISIONS:**

1. *Doral Bank will be paid in accordance with the Loan Modification being requested by debtor.

2. Trustee will not make disbursements to BPPR as to claim #12-1 under the plan.

3. Debtor agrees for the lift of stay to ARBM and PR Business Development and Trustee will not make any disbursement to this creditors.

# CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that on this date I electronically filed a true and exact copy of the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

| | |
|---|---|
| ALEJANDRO OLIVERAS RIVERA | aorecf@ch13sju.com |
| ANDREW JIMENEZ CANCEL | aorecf@ch13sju.com |
| JACQUELINE E HERNANDEZ SANTIAGO | quiebras1@gmail.com |
| MONSITA LECAROZ ARRIBAS | ustpregion21.hr.ecf@usdoj.gov |
| MIGDALIA EFFIE GUASP | megbky@bppr.com |
| EDUARDO M VERAY | eduardo.veray@popular.com |
| ARTURO GONZALEZ MARTIN | agm017@yahoo.com |
| VERONICA DURAN CASTILLO | vduran@bppr.com |
| WALLY DE LA ROSA VIDAL | wdelarosa@cfse.gov.pr |

**I DO HEREBY FURTHER CERTIFY** that on the same date a true and exact copy of the foregoing has been sent by regular United States mail to Debtor, **Dimas A. Sanchez Borges and Elbamarie Vazquez Martinez, PMB 213, P. O. Box 64000, Cayey, PR 00737** and to the following:

AAA
PO BOX 70101
SAN JUAN, PR 00936
(3778721)
(cr)

AEE
PO BOX 363508
SAN JUAN, PR 00936
(3778722)
(cr)

AJs FOOD DISTRIBUTORS
PMB 699 497 EMILIANO POLL AVE
SAN JUAN, PR 00926
(3778723)
(cr)

ALLIED WASTE
PO BOX 9001099
LUISVILLE, KY 40290
(3778724)
(cr)

AMERICAN EXPRESS
POB 3001
MALVERN, PA 19355-0701
(3778725)
(cr)

American Express TRS Co Inc Latin American Division
c/o Becket and Lee LLP
POB 3001
Malvern PA 19355-0701
(3843336)
(cr)

American InfoSource LP as agent for
Midland Funding LLC
PO Box 268941
Oklahoma City, OK 73126-8941
(3785273)
(cr)

| | |
|---|---|
| **AMEX**<br>PO BOX 1270<br>NEWARK, NJ 07101 | (3778726)<br>(cr) |
| **ARBM C/O**<br>PRESTIGE PROPERTY MANAGMENT<br>PMB 253 PO BOX 4960<br>CAGUAS, PR 00726-4960 | (3778727)<br>(cr) |
| **ASUME**<br>PO BOX 71316<br>SAN JUAN, PR 00936 | (3778729)<br>(cr) |
| **ASUME**<br>PO BOX 71414<br>SAN JUAN, PR 00936-8514 | (3778728)<br>(cr) |
| **ASUME-JOHANNA I. PASTRANA FIGUEROA PO BOX 71316 S** | (3790381)<br>(cr) |
| **AXESA**<br>PO BOX 70373<br>SAN JUAN, PR 00936-8373 | (3778730)<br>(cr) |
| **BAEZ AND JUARBE LAW OFFICES**<br>CESAR GONZALEZ AVE<br>444 URB ELEANOR ROOSEVELT<br>SAN JUAN, PR 00918 | (3778731)<br>(cr) |
| **BANCO POPULAR DE PR**<br>PO BOX 362708<br>SAN JUAN, PR 00936-2708 | (3778732)<br>(cr) |
| **BANCO POPULAR DE PR**<br>PO BOX 366818<br>SAN JUAN, PR 00936-6818 | (3778733)<br>(cr) |
| **Banco Popular de Puerto Rico Special Loans**<br>Migdalia Effie Guasp, Esq.<br>Special Loans Department (733)<br>P.O. Box 362708, San Juan, P.R. 00936-27 | (3813353)<br>(cr) |
| **BMW FINANCIAL**<br>PO BOX 3608<br>DUBLIN, OH 43016-0306 | (3778734)<br>(cr) |
| **BMW Financial Services NA, LLC**<br>P.O. Box 3608<br>Dublin, OH 43016 | (3807208)<br>(cr) |
| **BRISAS DE MONTICELLO HOMEOWNERS ASSOCIATION**<br>PMB 253 PO BOX 4960, Caguas, Puerto Rico | (3852210)<br>(cr) |

| | |
|---|---|
| **CARLITO'S FRUIT**<br>CAYEY, PR 00737 | (3778735)<br>(cr) |
| **CITFINANCIAL**<br>PO BOX 22066<br>PEMPE, AZ 85285-2066 | (3778736)<br>(cr) |
| **CITI CARDS**<br>PO BOX 8108<br>S HACKENSACK, NJ 07606 | (3778737)<br>(cr) |
| **CITIFINANCIAL**<br>PO BOX 22066<br>PEMPE, AZ 85285-2066 | (3778739)<br>(cr) |
| **CITIFINANCIAL**<br>PO BOX 22066<br>PEMPE, AZ 85285-2066 | (3778738)<br>(cr) |
| **CLARO**<br>PO BOX 70366<br>SAN JUAN, PR 00936-8366 | (3778740)<br>(cr) |
| **CLUBMAN**<br>PO BOX 9160<br>SAN JUAN, PR 00908 | (3778741)<br>(cr) |
| **CORP. DEL FONDO DEL SEGURO DEL ESTADO**<br>PO BOX 425<br>CAGUAS, PR 00726-0425 | (3778742)<br>(cr) |
| **CRESCA CORP**<br>PMB 92 PO BOX 71325<br>SAN JUAN, PR 00936 | (3778743)<br>(cr) |
| **CRIM**<br>CENTRO DE RECAUDACION DE INGRESOS MUNIC.<br>PO BOX 195387<br>SAN JUAN, PR 00919-5387 | (3778744)<br>(cr) |
| **DEPARTAMENTO DE HACIENDA**<br>P O BOX 9024041<br>SAN JUAN, PR 00902 | (3778746)<br>(cr) |
| **DEPARTAMENTO DE HACIENDA**<br>PO BOX 9024140, OFIC 424-B<br>SAN JUAN, PR 00902 | (3778745)<br>(cr) |
| **DORAL BANK**<br>PO BOX 70308<br>SAN JUAN, PR 00936 | (3778747)<br>(cr) |
| **DORAL FINANCIAL** | (3778748) |

| | |
|---|---|
| PO BOX 71529<br>SAN JUAN, PR 00936 | (cr) |
| **DORAL FINANCIAL- BANK**<br>PO BOX 71529<br>SAN JUAN, PR 00936 | (3778749)<br>(cr) |
| **DR IVAN IRIZARRY RODRIGUEZ**<br>10 KM 3 HM 3<br>SECTOR LAS LOMAS<br>CAYEY, PR 00737 | (3778750)<br>(cr) |
| **FIA CARD SERVICES**<br>PO BOX 15019<br>WILMINGTON, DE 19886 | (3778751)<br>(cr) |
| **FIRSTBANK**<br>PO BOX 13817<br>SAN JUAN, PR 00908 | (3778752)<br>(cr) |
| **GC FINE FOOD**<br>1904 LOIZA ST<br>SAN JUAN, PR 00911 | (3778753)<br>(cr) |
| **IRS**<br>MERCANTIL PLAZA BLDG, ROOM 914<br>PONCE DE LEON AVE, PDA 27 1/2<br>SAN JUAN, PR 00918 | (3778754)<br>(cr) |
| **JC PENNEYS**<br>PO BOX 364788<br>SAN JUAN, PR 00936 | (3778755)<br>(cr) |
| **MEDALLA**<br>PO BOX 51985<br>TOA BAJA, PR 00950 | (3778756)<br>(cr) |
| **MENDEZ & CO., INC.**<br>PO BOX 363348<br>SAN JUAN PR 00936-3348 | (3805747)<br>(cr) |
| **MENDEZ AND CO INC**<br>ATTY ARTURO GONZALEZ<br>PO BOX 193377<br>SAN JUAN PR 00919 3377 | (3805978)<br>(cr) |
| **MONTERREY FINANCIAL**<br>4095 AVE. DE LA PLATA PO BOX 2669<br>CARLSBAD, CA 92018 | (3778757)<br>(cr) |
| **MUNICIPIO DE CIDRA**<br>PO BOX 729<br>CIDRA, PR 00739 | (3778758)<br>(cr) |

| | |
|---|---|
| **PLINIO ALFARO UMPIERRE**<br>BOX 6238<br>CAGUAS, PR 00726 | (3778759)<br>(cr) |
| **POPULAR AUTO**<br>PO BOX 366818<br>SAN JUAN, PR 00936 | (3778761)<br>(cr) |
| **POPULAR AUTO**<br>PO BOX 366818<br>SAN JUAN, PR 00936-6818 | (3778762)<br>(cr) |
| **POPULAR AUTO**<br>PO BOX 15011<br>SAN JUAN, PR 00902-8511 | (3778760)<br>(cr) |
| **Portfolio Recovery Associates, LLC**<br>POB 12914<br>Norfolk VA 23541 | (3842846)<br>(cr) |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 41067<br>NORFOLK, VA 23541 | (3778763)<br>(cr) |
| **PR BUSINESS DEVELOPMENT CORP.**<br>PO BOX 363631<br>SAN JUAN, PR 00936-3631 | (3778764)<br>(cr) |
| **PR DEPARTMENT OF LABOR**<br>COLLECTION UNIT- 12TH FLOOR<br>505 MUNOZ RIVERA AVE.<br>SAN JUAN, PR 00918 | (3778765)<br>(cr) |
| **RALPH'S FOOD WAREHOUSE**<br>ANGORA INDUSTRIAL PARK<br>KM 33.3 BAIROA<br>CAGUAS, PR 00725 | (3778766)<br>(cr) |
| **RECOVERY MANAGEMENT SYSTEMS CORP**<br>25 SE 2ND AVE STE 11 20<br>MIAMI, FL 33131 | (3778767)<br>(cr) |
| **SEARS**<br>PO BOX 71204<br>SAN JUAN, PR 00936 | (3778768)<br>(cr) |
| **SPECIAL OCASSIONS**<br>HECTOR R. BUNKER #30<br>CAGUAS, PR 00725 | (3778769)<br>(cr) |
| **State Insurance Fund Corporation**<br>PO Box 365028<br>San Juan, Puerto Rico 00936-5028 | (3813082)<br>(cr) |

*In San Juan, Puerto Rico this 8*<sup>*th*</sup> *day of January, 2014.*

/s/ **Jacqueline E. Hernandez Santiago**
JACQUELINE E. HERNANDEZ SANTIAGO, ESQ.
ATTORNEY FOR DEBTORS (S)
USDC-PR 203007
P.O. BOX 366431
SAN JUAN, PR 00936-6431
TELS. (787)766-0570 / FAX (787)946-7522