**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

| | |
|---|---|
| IN RE:<br><br>**DIMAS A SANCHEZ BORGES**<br>**ELBAMARIE VAZQUEZ MARTINEZ**<br><br>xxx–xx–459766–0670860<br>xxx–xx–6585<br><br>Debtor(s)<br><br>**BANCO POPULAR PR**<br><br>Movant<br><br>**DIMAS A SANCHEZ BORGES**<br>**ELBAMARIE VAZQUEZ MARTINEZ**<br>**ALEJANDRO OLIVERAS RIVERA**<br><br>**Respondant(s)** | Case No. **13–07003**<br><br>Chapter **13**<br><br><br><br>FILED & ENTERED ON 9/21/16 |

*ORDER*

Upon respondent's failure to timely reply and oppose the motion for relief of stay filed by BANCO POPULAR PR, as required by Rule 4001 of the Federal Rules of Bankruptcy Procedure and PR LBR 4001–1(e), it is now,

ORDERED that the motion for relief of stay filed by BANCO POPULAR PR, docket entry #122, be and is hereby granted by default.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Wednesday, September 21, 2016 .

Mildred Caban Flores
United States Bankruptcy Judge